Claire Dossier (CA State Bar No. 264253)
MITCHELL BARLOW & MANSFIELD, P.C.
Boston Building
Nine Exchange Place, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 998-8888
Facsimile: (801) 998-8077
Email:       cdossier@mbmlawyers.com

Attorneys for Defendant
STRATIX HEALTH, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEPTON LABS, LLC, a Nevada limited liability company, and FOCUS MARKETING LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> W4, LLC, a California limited liability company, JASON DURANT WALKER, an individual, RACHEL LASSEFF, an individual, GULF RAYZ MEDIA, LLC, a Florida limited liability company, ANDREW JENSEN, an individual, STRATIX HEALTH, LLC, a Nevada limited liability company, and DOES 1 – 10 INCLUSIVE, <br><br> Defendants. | Case No.: 2:14-cv-4836-ODW (MANx) <br><br> Hon. Otis D. Wright II <br> Courtroom 11 <br><br> DEFENDANT STRATIX HEALTH, LLC'S ANSWER TO COMPLAINT |

Defendant STRATIX HEALTH, LLC (hereinafter referred to as "Stratix"), by and through its undersigned counsel of record, hereby answers the Complaint of Plaintiffs Lepton Labs, LLC, and Focus Marketing, LLC (the "Complaint") and responds to the allegations of Plaintiffs as follows:

**NATURE OF ACTION**

1.     The allegations contained in paragraph 1 of the Complaint appear to be directed at defendants other than Stratix. To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 1 of the Complaint and therefore denies the same.

2.     Stratix denies the allegations of paragraph 2 of the Complaint.

3.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 3 of the Complaint and therefore denies the same.

4.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 4 of the Complaint and therefore denies the same.

5.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 5 of the Complaint and therefore denies the same.

6.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 6 of the Complaint and therefore denies the same.

7.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 7 of the Complaint and therefore denies the same.

8.     In response to the allegations of paragraph 8 of the Complaint, Stratix admits only that it was involved with manufacturing, fulfillment, and customer service related to a product known as SlimBlastFast. Stratix contracted with Gulf Rayz, an independent third party, for the internet marketing of SlimBlastFast, but Stratix was not aware of any relationship between Gulf Rayz and W4.  Stratix lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 8 of the Complaint and therefore denies the same.  Stratix denies all allegations of paragraph 8 of the Complaint not expressly admitted herein.

9.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 9 of the Complaint and therefore denies the same.

10. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 10 of the Complaint and therefore denies the same.

11. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 11 of the Complaint and therefore denies the same.

12. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 12 of the Complaint and therefore denies the same.

13. Stratix denies the allegations of paragraph 13 of the Complaint.

## THE PARTIES

14. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 14 of the Complaint and therefore denies the same.

15. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 15 of the Complaint and therefore denies the same.

16. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 16 of the Complaint and therefore denies the same.

17. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 17 of the Complaint and therefore denies the same.

18. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 18 of the Complaint and therefore denies the same.

19. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 19 of the Complaint and therefore denies the same.

20. Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 20 of the Complaint and therefore denies the same.

21. Stratix admits that it is a Utah limited liability company, however, Stratix affirmatively alleges that it has not conducted business since approximately January 2013.

**Defendant W4**

22.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 22 of the Complaint and therefore denies the same.

23.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 23 of the Complaint and therefore denies the same.

24.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 24 of the Complaint and therefore denies the same.

25.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 25 of the Complaint and therefore denies the same.

26.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 26 of the Complaint and therefore denies the same.

27.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 27 of the Complaint and therefore denies the same.

28.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 28 of the Complaint and therefore denies the same.

**Defendant Gulf Rayz**

29.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 29 of the Complaint and therefore denies the same.

30.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 30 of the Complaint and therefore denies the same.

31.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 31 of the Complaint and therefore denies the same.

32.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 32 of the Complaint and therefore denies the same.

33.    Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 33 of the Complaint and therefore denies the same.

34.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 34 of the Complaint and therefore denies the same.

35.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 35 of the Complaint and therefore denies the same.

36.     In response to the allegations of paragraph 36 of the Complaint, Stratix denies that it acted in concert and conspired or aided and abetted any other defendant and/or acted as an agent of any other defendant. Stratix lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 36 of the Complaint and therefore denies the same.

37.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 37 of the Complaint and therefore denies the same.

38.     Stratix denies the allegations of paragraph 38 of the Complaint.

39.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 39 of the Complaint and therefore denies the same.

40.     Stratix denies the allegations of paragraph 40 of the Complaint.

## JURISDICTION AND VENUE

41.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 41 of the Complaint and therefore denies the same.

42.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 42 of the Complaint and therefore denies the same.

43.     Paragraph 43 of the Complaint contains only legal conclusions to which no response is required.  To the extent a response is required, Stratix admits that jurisdiction is proper in this Court.

44.     Paragraph 44 of the Complaint contains only legal conclusions to which no response is required.  To the extent a response is required, Stratix admits that venue is proper in this Court.

## **FACTUAL ALLEGATIONS**

45.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 45 of the Complaint and therefore denies the same.

46.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 46 of the Complaint and therefore denies the same.

47.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 47 of the Complaint and therefore denies the same.

48.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 48 of the Complaint and therefore denies the same.

49.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 49 of the Complaint and therefore denies the same.

50.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 50 of the Complaint and therefore denies the same.

51.     Stratix admits only that it contracted with Gulf Rayz for online marketing.  Stratix lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 51 of the Complaint and therefore denies the same. Stratix denies all allegations of paragraph 51 of the Complaint not expressly admitted herein.

52.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 52 of the Complaint and therefore denies the same.

53.     Stratix admits only that Gulf Rayz was involved with online marketing for SlimBlastFast.  Stratix lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 53 of the Complaint and therefore denies the same.  Stratix denies all allegations of paragraph 53 of the Complaint not expressly admitted herein.

54.     Stratix admits only that it was involved in the manufacture, distribution, and fulfillment of SlimBlastFast, although a third party manufacturer actually

manufactured the product. Stratix denies all allegations of paragraph 54 of the Complaint not expressly admitted herein.

55.     Stratix admits that it had a pecuniary interest in the success of SlimBlastFast.  Stratix lacks sufficient knowledge or information to admit or deny the remaining allegations of paragraph 55 of the Complaint and therefore denies the same. Stratix denies all allegations of paragraph 55 of the Complaint not expressly admitted herein.

56.     Stratix denies the allegations of paragraph 56 of the Complaint.

57.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 57 of the Complaint and therefore denies the same.

58.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 58 of the Complaint and therefore denies the same.

59.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 59 of the Complaint and therefore denies the same.

60.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 60 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

61.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 61 of the Complaint and therefore denies the same.

62.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 62 of the Complaint and therefore denies the same, including all subparts (a) through (d).

63.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 63 of the Complaint and therefore denies the same.

64.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 64 of the Complaint and therefore denies the same.

65.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 65 of the Complaint and therefore denies the same.

66.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 66 of the Complaint and therefore denies the same.

67.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 67 of the Complaint and therefore denies the same.

68.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 68 of the Complaint and therefore denies the same.

69.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 69 of the Complaint and therefore denies the same.

70.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 70 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

71.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 71 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

72.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 72 of the Complaint and therefore denies the same.

73.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 73 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

74.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 74 of the Complaint and therefore denies the same.  Stratix

affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

75.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 75 of the Complaint, including subparts (a) through (k) thereof, and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

76.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 76 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

77.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 77 of the Complaint and therefore denies the same.

78.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 78 of the Complaint and therefore denies the same.

79.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 79 of the Complaint and therefore denies the same.

80.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 80 of the Complaint and therefore denies the same.

81.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 81 of the Complaint and therefore denies the same.

82.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 82 of the Complaint and therefore denies the same.

83.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 83 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

84.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 84 of the Complaint and therefore denies the same.

85.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 85 of the Complaint and therefore denies the same.

86.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 86 of the Complaint and therefore denies the same.

87.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 87 of the Complaint and therefore denies the same.

88.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 88 of the Complaint and therefore denies the same.

89.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 89 of the Complaint and therefore denies the same.

90.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 90 of the Complaint and therefore denies the same.

91.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 91 of the Complaint and therefore denies the same.

92.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 92 of the Complaint and therefore denies the same.

93.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 93 of the Complaint and therefore denies the same.

94.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 94 of the Complaint and therefore denies the same.

95.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 95 of the Complaint and therefore denies the same.

96.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 96 of the Complaint and therefore denies the same.  Stratix

affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

97.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 97 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

98.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 98 of the Complaint and therefore denies the same.

99.     Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 99 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

100.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 100 of the Complaint and therefore denies the same.

101.   Stratix denies the allegations of paragraph 101 of the Complaint.

102.   Stratix denies the allegations of paragraph 102 of the Complaint.

**COUNT I**
**BREACH OF WRITTEN CONTRACT**
**(As Against the W4 Defendants)**

103.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 103 of the Complaint.

104.   The allegations of paragraph 104 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 104 of the Complaint and therefore denies the same.

105.   The allegations of paragraph 105 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 105 of the Complaint and therefore denies the same.

106.   The allegations of paragraph 106 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 106 of the Complaint and therefore denies the same.

107.   The allegations of paragraph 107 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 107 of the Complaint and therefore denies the same.

## COUNT II
## FRAUD
**(As Against the W4 Defendants)**

108.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 108 of the Complaint.

109.   The allegations of paragraph 109 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 109 of the Complaint and therefore denies the same.

110.   The allegations of paragraph 110 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 110 of the Complaint and therefore denies the same.

111.   The allegations of paragraph 111 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 111 of the Complaint and therefore denies the same.

112.   The allegations of paragraph 112 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 112 of the Complaint and therefore denies the same.

113.   The allegations of paragraph 113 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 113 of the Complaint and therefore denies the same.

114.   The allegations of paragraph 114 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 114 of the Complaint and therefore denies the same.

115.   The allegations of paragraph 115 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 115 of the Complaint and therefore denies the same.

116.   The allegations of paragraph 116 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 116 of the Complaint and therefore denies the same.

## COUNT III
## <u>BREACH OF FIDUCIARY DUTY</u>
### (As Against the W4 Defendants)

117.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 117 of the Complaint.

118.   The allegations of paragraph 118 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 118 of the Complaint and therefore denies the same.

119.   The allegations of paragraph 119 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 119 of the Complaint and therefore denies the same.

120.   The allegations of paragraph 120 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 120 of the Complaint and therefore denies the same.

121.   The allegations of paragraph 121 of the Complaint appear to be directed to defendants other than Stratix.  To the extent a response is required, Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 121 of the Complaint and therefore denies the same.

## COUNT IV
## <u>TORTIOUS INTERFERENCE WITH EXISTING CONTRACTUAL RELATIONS</u>
### (As Against Defendant Lasseff and the Gulf Rayz Defendants)

122.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 122 of the Complaint.

14

123.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 123 of the Complaint and therefore denies the same.

124.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 124 of the Complaint and therefore denies the same.

125.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 125 of the Complaint and therefore denies the same.

126.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 126 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

127.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 127 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

128.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 128 of the Complaint and therefore denies the same.  Stratix affirmatively alleges that the referenced document speaks for itself and denies any allegations inconsistent with the terms of the referenced document.

129.   Stratix denies the allegations of paragraph 129 of the Complaint.

130.   Stratix denies the allegations of paragraph 130 of the Complaint.

131.   Stratix denies the allegations of paragraph 131 of the Complaint.

132.   Stratix denies the allegations of paragraph 132 of the Complaint.

**COUNT V**
**INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC RELATIONS**
**(As Against All Defendants)**

133.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 133 of the Complaint.

134.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 134 of the Complaint and therefore denies the same.

135.   Stratix denies the allegations of paragraph 135 of the Complaint.

136.   Stratix denies the allegations of paragraph 136 of the Complaint.

137.   Stratix denies the allegations of paragraph 137 of the Complaint.

138.   Stratix denies the allegations of paragraph 138 of the Complaint.

139.   Stratix denies the allegations of paragraph 139 of the Complaint.

140.   Stratix denies the allegations of paragraph 140 of the Complaint.

**COUNT VI**
**MISAPPROPRIATION OF TRADE SECRETS (CUTSA)**
**(California Uniform Trade Secret Act, California Civil Code § 3426 *et seq.*)**
**(As Against All Defendants)**

141.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 141 of the Complaint.

142.   Stratix denies the allegations of paragraph 142 of the Complaint, including all subparts (a) through (e) thereof.

143.   Stratix denies the allegations of paragraph 143 of the Complaint.

144.   Stratix lacks sufficient knowledge or information to admit or deny the allegations of paragraph 144 of the Complaint and therefore denies the same.

145.   Stratix denies the allegations of paragraph 145 of the Complaint.

146.    Stratix denies the allegations of paragraph 146 of the Complaint.

147.    Stratix denies the allegations of paragraph 147 of the Complaint.

148.    Stratix denies the allegations of paragraph 148 of the Complaint.

149.    Stratix denies the allegations of paragraph 149 of the Complaint.

150.    Stratix denies the allegations of paragraph 150 of the Complaint.

151.    Stratix denies the allegations of paragraph 151 of the Complaint.

**COUNT VII**
**AIDING AND ABETTING MISAPPROPRIATION**
**(As Against All Defendants)**

152.    Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 152 of the Complaint.

153.    Stratix denies the allegations of paragraph 153 of the Complaint.

154.    Paragraph 154 of the Complaint contains only legal conclusions to which no response is required.  To the extent a response is required, Stratix denies the allegations of paragraph 154 of the Complaint.

155.    Stratix denies the allegations of paragraph 155 of the Complaint.

156.    Stratix denies the allegations of paragraph 156 of the Complaint.

157.    Stratix denies the allegations of paragraph 157 of the Complaint.

**COUNT VIII**
**INFRINGEMENT OF TRADE DRESS**
**(LANHAM ACT, 15 U.S.C. § 1051 *et seq.*)**
**(As Against All Defendants)**

158.    Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 158 of the Complaint.

159.   Stratix denies the allegations of paragraph 159 of the Complaint, including all subparts (a) through (i) thereof.

160.   Stratix denies the allegations of paragraph 160 of the Complaint.

161.   Stratix denies the allegations of paragraph 161 of the Complaint.

162.   Stratix denies the allegations of paragraph 162 of the Complaint.

163.   Stratix denies the allegations of paragraph 163 of the Complaint.

## COUNT IX
## AIDING AND ABETTING INFRINGEMENT OF TRADE DRESS
### (As Against All Defendants)

164.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 164 of the Complaint.

165.   Stratix denies the allegations of paragraph 165 of the Complaint.

166.   Paragraph 166 of the Complaint contains only legal conclusions to which no response is required.  To the extent a response is required, Stratix denies the allegations of paragraph 166 of the Complaint.

167.   Stratix denies the allegations of paragraph 167 of the Complaint.

168.   Stratix denies the allegations of paragraph 168 of the Complaint.

169.   Stratix denies the allegations of paragraph 169 of the Complaint.

170.   Stratix denies the allegations of paragraph 170 of the Complaint.

## COUNT X
## UNFAIR COMPETITION
### (As Against All Defendants)

171.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 171 of the Complaint.

172.   Stratix denies the allegations of paragraph 172 of the Complaint.

173.   Stratix denies the allegations of paragraph 173 of the Complaint.

174.   Stratix denies the allegations of paragraph 174 of the Complaint.

175.   Stratix denies the allegations of paragraph 175 of the Complaint.

### COUNT XI
### UNFAIR BUSINESS PRACTICES (BUS & PROF. CODE § 17200)
### (As Against All Defendants)

176.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 176 of the Complaint.

177.   Stratix denies the allegations of paragraph 177 of the Complaint.

178.   Stratix denies the allegations of paragraph 178 of the Complaint.

179.   Stratix denies the allegations of paragraph 179 of the Complaint.

180.   Stratix denies the allegations of paragraph 180 of the Complaint.

181.   Stratix denies the allegations of paragraph 181 of the Complaint.

### COUNT XII
### VIOLATION OF RICO – 18 U.S.C. § 1962
### (As Against All Defendants)

182.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 182 of the Complaint.

183.   Stratix denies the allegations of paragraph 183 of the Complaint.

184.   Stratix denies the allegations of paragraph 184 of the Complaint.

185.   Paragraph 185 of the Complaint contains only legal conclusions to which no response is required.  To the extent a response is required, Stratix denies the allegations of paragraph 185 of the Complaint.

186.   Stratix denies the allegations of paragraph 186 of the Complaint.

187.   Stratix denies the allegations of paragraph 187 of the Complaint.

19

188.   Stratix denies the allegations of paragraph 188 of the Complaint.

189.   Stratix denies the allegations of paragraph 189 of the Complaint.

190.   Stratix denies the allegations of paragraph 190 of the Complaint.

**COUNT XIII**
**ACCOUNTING**
**(As Against All Defendants)**

191.   Stratix incorporates by this reference its responses to the preceding paragraphs of the Complaint as its response to paragraph 191 of the Complaint.

192.   Stratix denies the allegations of paragraph 192 of the Complaint.

193.   Stratix denies the allegations of paragraph 193 of the Complaint.

194.   Stratix denies the allegations of paragraph 194 of the Complaint.

Further, Stratix denies all allegations contained in the Complaint not expressly admitted herein, including but not limited to those contained in Plaintiffs' Prayer for Relief, including parts (a) through (k) thereof.

**AFFIRMATIVE DEFENSES**

Stratix hereby asserts the following affirmative defenses without assuming the burden of proof.

**FIRST DEFENSE**

Plaintiffs' claims against Stratix are barred, in whole or in part, because the Complaint fails to state a claim against Stratix upon which relief may be granted.

**SECOND DEFENSE**

Plaintiffs' claims against Stratix are barred, in whole or in part, because they lack standing and/or because they are not the real party in interest.

**THIRD DEFENSE**

Plaintiffs' claims against Stratix are barred, in whole or in part, by the doctrines

of unclean hands, inequitable conduct, wavier, release, estoppel, and/or laches.

## FOURTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of the conduct of individuals or entities other than Stratix and over whom Stratix had no control or that were acting outside the scope of their authority.

## FIFTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of Gulf Rayz's conduct, which exceeded the scope of any actual or apparent authority it may have had from Stratix.

## SIXTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because Plaintiffs have failed to mitigate their damages, if any.

## SEVENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of the doctrine of license.

## EIGHTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of illegality, fraud, in pari delicto, and/or unclean hands.

## NINTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, by the applicable statutes of limitations.

## TENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of the fraud and/or negligent misrepresentations of one or more individuals or entities over whom Stratix had no control or that were acting outside the scope of their authority.

## ELEVENTH DEFENSE

Plaintiffs' equitable claims against Stratix are barred, in whole or in part, to the

extent that Plaintiffs have an adequate remedy at law.

## TWELFTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because Plaintiffs have not stated their claims with requisite particularity under Rule 9 of the Federal Rules of Civil Procedure.

## THIRTEENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of the lack of fraudulent scienter on the part of Stratix.

## FOURTEENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of absence of standing on the part of Plaintiffs.

## FIFTEENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of lack of compensable injury on the part of Plaintiffs.

## SIXTEENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because of the lack of proximate cause.

## SEVENTEENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because Plaintiffs' alleged trade secrets do not qualify as trade secrets, are derived from readily ascertainable information, and/or have not been misappropriated by Stratix.

## EIGHTEENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because the alleged trade dress lacks secondary meaning, is not distinctive, and/or is otherwise generic or unprotectable.

## NINETEENTH DEFENSE

Plaintiffs' claims against Stratix are barred, in whole or in part, because the

alleged conduct is justified, privileged and/or constituted bona fide competition.

## **RESERVATION**

Stratix reserves the right to assert any other affirmative defenses and/or claims of which they are not presently aware and/or that may come to light during the course of discovery.

WHEREFORE, Stratix respectfully requests that the Complaint against it be dismissed with prejudice and upon the merits, that Plaintiffs take nothing thereby, that the Prayer for Relief contained in the Complaint be denied, that Stratix be awarded its attorneys' fees and costs incurred in defending this action, and for such other and further relief as the Court may deem necessary, just, and proper under the circumstances.

Dated:  July 7, 2014

                                   \_\_/s/ Claire Dossier_____

                                   Claire Dossier
                                   *Attorneys for Defendant Stratix Health, LLC*